UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RILEY,

                Plaintiff,                      Case Number 07-10905

v.                                               Honorable David M. Lawson
                                               Magistrate Judge Steven D. Pepe

TROTT & TROTT and WILSHIRE CREDIT
CORP.,

                Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION TO STAY, AND GRANTING MOTION TO DISMISS COMPLAINT

Presently before the Court is the report issued on May 7, 2007 by Magistrate Judge Steven D. Pepe pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the defendants' motion to dismiss this case for lack of jurisdiction. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 7] is **ADOPTED**.

It is further **ORDERED** that the defendants' motion to dismiss [dkt # 6] is **GRANTED**. The complaint is **DISMISSED**.

It is further **ORDERED** that the plaintiff's motion to stay is **DENIED as moot**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 6, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 6, 2007.

s/Felicia M. Moses  
FELICIA M. MOSES